Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Gunter Enterprises, LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Chief Electric and Plumbing** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **3 7 – 1 9 0 1 9 4 3** |

**4. Debtor's address**

**Principal place of business**

**19225 Kanawha Drive**
Number        Street

**Porter, TX 77365**
City                              State      ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

**300 Dunnam Ave**
Number        Street

**Cleveland, TX 77327**
City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **chief-electric.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Gunter Enterprises, LLC**
Name                                                                              Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___   ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

        District _____ When _____
                                                       MM / DD / YYYY

        Case number, if known _____

Debtor   **Gunter Enterprises, LLC**                                          Case number *(if known)*
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>Number        Street<br>_____<br>_____<br>City                         State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

---

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Gunter Enterprises, LLC**       Case number *(if known)* _____
Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/09/2025**
             MM/ DD/ YYYY

**X**   **/s/ Matthew R. Gunter**           **Matthew R. Gunter**
     Signature of authorized representative of debtor       Printed name

Title      **Owner/Member**

**18. Signature of attorney**

**X**     **/s/ Melissa Rae Lanier**     Date **06/09/2025**
     Signature of attorney for debtor          MM/ DD/ YYYY

**Melissa Rae Lanier**
Printed name

**Law Office of Melissa Rae Lanier PLLC**
Firm name

**116 S. Avenue C**
Number      Street

**Humble**          **TX**     **77338**
City              State     ZIP Code

**(281) 446-1000**         **melissa@attorneylanier.com**
Contact phone            Email address

**24055818**             **TX**
Bar number             State

Fill in this information to identify the case:

Debtor Name **Gunter Enterprises, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | Frost | Checking account | 7 4 2 6 | $1.99 |
| 3.2. | Frost | Checking account | 5 7 1 4 | $5,239.74 |
| 3.3. | Frost | Checking account | 5 7 0 6 | $2,526.84 |
| 3.4. | Frost | Checking account | 5 4 1 2 | $538.69 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $8,307.26 |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor  **Gunter Enterprises, LLC**  Case number *(if known)* _____

Name

---

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  _____  _____

7.2  _____  _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____  _____

8.2  _____  _____

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.  _____

---

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11.  **Accounts receivable**

| 11a. 90 days old or less: | **$6,240.01** | - | **$6,240.01** | =..... ➡ | **$6,240.01** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | _____ | - | _____ | =..... ➡ | _____ |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  **$6,240.01**

---

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____  _____  _____

14.2  _____  _____  _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:  % of ownership:

---

Debtor    **Gunter Enterprises, LLC**                                    Case number *(if known)* _____

Name

| | |
|---|---|
| 15.1. | |
| 15.2. | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____

16.2 _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | | | | $ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Misc parts and products used on jobsites | MM / DD / YYYY | unknown | | $24,809.55 |
| 20. **Work in progress** | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $24,809.55 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.   Book value _____   Valuation method _____   Current value _____

---

Debtor     **Gunter Enterprises, LLC**                                    Case number *(if known)* _____
       Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

33. **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.

                                                                                                  [ _____ ]

34. **Is the debtor a member of an agricultural cooperative?**

   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No
   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

---

Debtor   **Gunter Enterprises, LLC**                                      Case number *(if known)*
         Name

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Five Desks | unknown | | $1,500.00 |
| Three Chairs | unknown | | $90.00 |
| Three Credenzas | unknown | | $300.00 |
| Conference Table | unknown | | $200.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Five Computers | unknown | | $2,250.00 |
| Two IPADS | unknown | | $100.00 |
| Three IPhones | unknown | | $150.00 |
| Seven Computer Monitors | unknown | | $700.00 |
| Small Equipment used on Job Site | unknown | | $17,422.21 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____
    42.2 _____
    42.3 _____

43. **Total of Part 7**                                                          | **$22,712.21** |

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

**Part 8:**   Machinery, equipment, and vehicles

---

Debtor **Gunter Enterprises, LLC**                                        Case number *(if known)* _____
          _____
          Name

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2025 GMC Savana Van** | unknown | | $40,000.00 |
| 47.2 **2025 GMC Sierra Truck** | unknown | | $50,000.00 |
| 47.3 **2021 GMC Sierra** | unknown | | $57,000.00 |
| 47.4 **2023 Ford Transit Van** | unknown | | $30,000.00 |
| 47.5 **2016 Chevrolet Truck** | unknown | | $12,500.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2025 Lowboy Trailer** | unknown | | $16,458.31 |
| **Forklift** | unknown | | $15,293.41 |
| **Mini Excavator /** Currently has no engine | unknown | | $8,500.00 |
| **18' Flat bed trailer** | unknown | | $2,500.00 |
| **16' Cargo Trailer** | unknown | | $6,000.00 |

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                          | $238,251.72 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   Real property

---

Debtor     **Gunter Enterprises, LLC**                                    Case number *(if known)* _____
           Name

---

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                    | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor  **Gunter Enterprises, LLC**

Name

Case number *(if known)* _____

_____  _____  _____  _____

64.  **Other intangibles, or intellectual property**

_____  _____  _____  _____

65.  **Goodwill**

_____  _____  _____  _____

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**

Description (include name of obligor)

_____  _____  –  _____  = ➔  _____

Total face amount        doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73.  **Interests in insurance policies or annuities**

_____  _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **Gunter Enterprises, LLC**

Name

Case number *(if known)*

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Gunter Enterprises, LLC**                        Case number *(if known)* _____
         Name

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,307.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,240.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,809.55 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,712.21 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $238,251.72 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................... ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*.........................91a. | $300,320.75 | **+** 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................. | | $300,320.75 |

Fill in this information to identify the case:

Debtor name __**Gunter Enterprises, LLC**__

United States Bankruptcy Court for the: _____**Southern**_____   District of _____**Texas**_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

__Ally__

**Describe debtor's property that is subject to a lien**

2023 Ford Transit Van

| | $41,885.36 | $30,000.00 |
|---|---|---|

**Creditor's mailing address**

__PO Box 660109__

__Dallas, TX 75266__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $243,143.50 |

Debtor    **Gunter Enterprises, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** Creditor's name

**Ally**

**Creditor's mailing address**

PO Box 660109

Dallas, TX 75266

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 GMC Sierra

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$73,316.43          $57,000.00

Debtor  **Gunter Enterprises, LLC**                                   Case number (if known) _____
_____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

**2.3** **Creditor's name**

**GMC Financial**

**Creditor's mailing address**

**PO Box 183593**

**Arlington, TX 76096**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 GMC Savana Van

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$56,060.78**

Column B: **$40,000.00**

Debtor  **Gunter Enterprises, LLC**
_____
Name

Case number (if known) _____

| **Part 1:** | Additional Page | | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4 Creditor's name**

**GMC Financial**

**Describe debtor's property that is subject to a lien**

2025 GMC Sierra Truck

**Describe the lien**

|  | **$62,437.65** | **$50,000.00** |

**Creditor's mailing address**

**PO Box 183593**

**Arlington, TX 76096**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **Gunter Enterprises, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Peac Solutions**

**Creditor's mailing address**

**Marlin Leasing Corp**

**PO Box 13604**

**Philadelphia, PA 19101**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Forklift

**Describe the lien**

**Forklift**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$9,443.28**

Column B: **$15,293.41**

Fill in this information to identify the case:

Debtor name **Gunter Enterprises, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

__Texas Comptroller__

__Bankruptcy Division__

__PO Box 12548__

__Austin, TX 78711__

**Date or dates debt was incurred**

__2025__

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(8)__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$10,478.89**   Priority amount: **$10,478.89**

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Gunter Enterprises, LLC**
_____   Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$9,184.54**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$11,185.10**

---

**3.3** Nonpriority creditor's name and mailing address

**Anixter, Inc.**

**3881 Old Winter Garden Rd**

**32365**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Parts Invoices**

Is the claim subject to offset?
☑ No
☐ Yes

**$42,159.13**

---

**3.4** Nonpriority creditor's name and mailing address

**Capital One**

**PO Box 60519**

**City of Industry, CA 91716**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$17,502.00**

Debtor    **Gunter Enterprises, LLC**
          Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.5** Nonpriority creditor's name and mailing address

**CED**

**850 Greens Pkwy, Ste. 200**

**Houston, TX 77067**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply House**

Is the claim subject to offset?
☑ No
☐ Yes

$13,905.18

---

**3.6** Nonpriority creditor's name and mailing address

**City Electric**

**1730 1st St. E. Humble**

**Humble, TX 77338**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,350.33

---

**3.7** Nonpriority creditor's name and mailing address

**Elliot**

**1550 Wilson Road**

**Humble, TX 77338**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply House**

Is the claim subject to offset?
☑ No
☐ Yes

$15,826.39

---

**3.8** Nonpriority creditor's name and mailing address

**Enrique Regules**

**15142 Walden Rd**

**Montgomery, TX 77356**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Generator**

Is the claim subject to offset?
☑ No
☐ Yes

$21,631.00

---

Debtor  **Gunter Enterprises, LLC**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,463.60
*Check all that apply.*

**Falon Gunter**

☐ Contingent

**19225 Kanawha Drive**

☐ Unliquidated

**Porter, TX 77365**

☐ Disputed

**Basis for the claim:** **Loans to the Business**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No

☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,306.00
*Check all that apply.*

**German C**

☐ Contingent

**7619 Winkleman Rd**

☐ Unliquidated

**Houston, TX 77083**

☐ Disputed

**Basis for the claim:** **Supply House**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No

☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00
*Check all that apply.*

**Holly Juneau**

☐ Contingent

**23184 Smith Road**

☐ Unliquidated

**Porter, TX 77365**

☐ Disputed

**Basis for the claim:** **Loan to the Business**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No

☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,752.47
*Check all that apply.*

**Home Depot**

☐ Contingent

**PO Box 9001030**

☐ Unliquidated

**Louisville, KY 40290**

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No

☐ Yes

---

Debtor  **Gunter Enterprises, LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Lamb Propane**

**PO Box 975**

**Coldspring, TX 77331**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Propane**

Is the claim subject to offset?
☑ No
☐ Yes

$7,756.30

---

**3.14** Nonpriority creditor's name and mailing address

**Lynne Piascik**

**1643 CR 2291**

**Cleveland, TX 77327**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.15** Nonpriority creditor's name and mailing address

**Matthew Gunter**

**300 Dunnam**

**Cleveland, TX 77327**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to the Business**

Is the claim subject to offset?
☑ No
☐ Yes

$77,125.10

---

**3.16** Nonpriority creditor's name and mailing address

**Mike Cook**

**67 N. Overlyn Pl**

**Spring, TX 77381**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor      **Gunter Enterprises, LLC**                                    Case number *(if known)* _____
            Name

---

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.17** Nonpriority creditor's name and mailing address

**OnDeck**

**4700 West Daybreak Pkwy Ste. 200**

**South Jordan, UT 84009**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$96,923.40

---

**3.18** Nonpriority creditor's name and mailing address

**Rene Alvarado**

**10752 Buck Ridge Rd**

**Montgomery, TX 77316**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract work for diggin**

Is the claim subject to offset?
☑ No
☐ Yes

$3,100.00

---

**3.19** Nonpriority creditor's name and mailing address

**Sheffield**

**PO Box 580229**

**Charlotte, NC 28258**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$14,504.02

---

**3.20** Nonpriority creditor's name and mailing address

**Stanfield Propane**

**388 FM 2025**

**Cleveland, TX 77328**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Propane**

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

Debtor    **Gunter Enterprises, LLC**
          Name                                                    Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,743.68 |
|---|---|---|---|

**Wells Fargo**

**420 Montgomery St.**

**San Francisco, CA 94104**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Loan__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Gunter Enterprises, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Matthews, Shiels, Knott** | Line **3.3** | |
| **Misti L. Beanland** | ☐ Not listed. Explain _____ | __ __ __ __ |
| **8131 LBJ Frwy #700** | _____ | |
| **Dallas, TX 75251** | | |

Debtor   **Gunter Enterprises, LLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$10,478.89** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$454,418.24** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$464,897.13** |

Fill in this information to identify the case:

Debtor name **Gunter Enterprises, LLC**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____
                                                                                (State)
Case number (If known): _____ Chapter **7**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                              12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gunter Enterprises, LLC** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Matthew Gunter** | **300 Dunnam** <br> Street <br><br> **Cleveland, TX 77327** <br> City        State        ZIP Code | **OnDeck** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 _____ | Street <br><br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street <br><br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street <br><br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **Gunter Enterprises, LLC**                                        Case number (if known) _____
         Name

████████  Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
| Name | Mailing address | | Name | Check all schedules that apply: |
| 2.5 _____ | Street _____ _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City          State          ZIP Code | | | |
| 2.6 _____ | Street _____ _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City          State          ZIP Code | | | |

**Fill in this information to identify the case:**

Debtor name      **Gunter Enterprises, LLC**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known): _____    Chapter **7**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**   Summary of Assets

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**

     Copy line 88 from *Schedule A/B*..................................................................    **$0.00**

   **1b. Total personal property:**

     Copy line 91A from *Schedule A/B*..............................................................    **$300,320.75**

   **1c. Total of all property:**

     Copy line 92 from *Schedule A/B*................................................................    **$300,320.75**

**Part 2:**   Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$243,143.50**

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................    **$10,478.89**

   **3b. Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................    **+ $454,418.24**

**4. Total liabilities**..........................................................................................    **$708,040.63**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Gunter Enterprises, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$489,596.95** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,384,534.15** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$809,646.94** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor **Gunter Enterprises, LLC**                    Case number *(if known)* _____
    Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Ondeck** <br> Creditor's name <br> **4700 W. Daybreak Pkwy, Ste. 200** <br> Street <br><br> **South Jordan, UT 84009** <br> City    State    ZIP Code | **3/13/25 through 5/22/2025** | **$15,230.82** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.2. **Internal Revenue Service** <br> Creditor's name <br> **PO Box 7346** <br> Street <br> **Centralized Revenue Service** <br><br> **Philadelphia, PA 19101-7346** <br> City    State    ZIP Code | **5/5/2025** | **$12,000.00** | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ☑ Other **2024 Taxes** |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Synchrony Bank** <br> Creditor's name <br> **PO Box 669805** <br> Street <br><br> **Dallas, TX 75266** <br> City    State    ZIP Code | **Monthly payments of $460.56** | **$5,526.72** | _____ <br><br> _____ <br><br> _____ |

| Relationship to debtor |
|---|

**UTV in owner's name and used for the business occassionally.**

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **2**

Debtor   **Gunter Enterprises, LLC**

Name

Case number *(if known)* _____

| 4.2. | **Holly Juneau** | **7/2/2024** | **$11,500.00** | **Business loan** |
| | Creditor's name | | | |
| | **23184 Smith Road** | **7/31/2024** | | |
| | Street | | | |
| | | **9/3/2024** | | |
| | **Porter, TX 77365** | **10/1/2024** | | |
| | City            State   ZIP Code | | | |
| | Relationship to debtor | **11/3/2024** | | |
| | **Mother of Falon Matthew** | **11/26/2024** | | |
| | | **1/8/2025** | | |
| | | **2/2/2025** | | |
| | | **3/3/2025** | | |
| | | **4/1/2025** | | |
| | | **4/30/2025** | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| City            State   ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street | | | |
| City            State   ZIP Code | | | |

| Part 3: | Legal Actions or Assignments |

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Anixter, Inc. vs. Chief Electric, LLC** | **Debt Collection/Non Payment** | **In the 457th District Court Montgomery County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | **301 N. Main Street, Ste. 103** Street | |
| | **25-04-06400** | | | |
| | | | **Conroe, TX 77301** City          State     ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | Case title | Court name and address |
| | Street | | Name |
| | | Case number | Street |
| | City          State     ZIP Code | Date of order or assignment | City          State     ZIP Code |

| Part 4: | Certain Gifts and Charitable Contributions |

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

Debtor  **Gunter Enterprises, LLC**
　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Law Office of Melissa Rae Lanier PLLC** | **Attorney's Fee and filing fee** | **05/23/2025** | **$4,338.00** |

**Address**

**116 S. Avenue C**
Street

**Humble, TX 77338**
City　　　　　　　　State　　ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**Debtor**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

Debtor  **Gunter Enterprises, LLC**
        Name                                                                    Case number *(if known)*

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Brian and Boat Liquidators Inc.** | **2017 GMC 3500 HC** | | **$16,000.00** |
| | Address | | | |
| | **11606 Eastex Frwy** | | | |
| | Street | | | |
| | **Houston, TX 77093** | | | |
| | City                State      ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Mike Burns** | **2012 Chevrolet Silverado sold in order to make payroll.** | **5/20/25** | **$7,500.00** |
| | Address | | | |
| | **719 Ruby Road** | | | |
| | Street | | | |
| | **Cleveland, TX 77328** | | | |
| | City                State      ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Parents** | | | |

**Part 7:  Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1. | **19225 Kanawha Drive** | From  **2018** | To  **2025** |
| | Street | | |
| | | | |
| | **Porter, TX 77365** | | |
| | City                State      ZIP Code | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **6**

Debtor  **Gunter Enterprises, LLC**                                    Case number *(if known)*
_____
Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State      ZIP Code | _____<br><br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor     **Gunter Enterprises, LLC**                                         Case number *(if known)* _____
           Name

18.1  **Bank of America**              XXXX– **2  5  0  3**     ☑ Checking        **2/2024**        **$0.00**
      Name                                                     ☐ Savings
      **11903 Grand Pkwy**                                     ☐ Money market
      Street                                                   ☐ Brokerage
                                                               ☐ Other
      **New Caney, TX 77357**                                     _____
      City          State    ZIP Code

18.2  **Citizens Bank**                XXXX– **1  2  2  9**     ☑ Checking        **2/2024**        **$1,240.00**
      Name                                                     ☐ Savings
      **22410 US 59**                                          ☐ Money market
      Street                                                   ☐ Brokerage
                                                               ☐ Other
      **Porter, TX 77365**                                        _____
      City          State    ZIP Code

18.3  **Bank of America**              XXXX– **2  5  1  6**     ☑ Checking        **2/2024**        **$0.00**
      Name                                                     ☐ Savings
      **11903 Grand Pkwy**                                     ☐ Money market
      Street                                                   ☐ Brokerage
                                                               ☐ Other
      **New Caney, TX 77357**                                     _____
      City          State    ZIP Code

18.4  **Bank of America**              XXXX– **7  2  6  8**     ☑ Checking        **2/2024**        **$1,813.18**
      Name                                                     ☐ Savings
      **11903 Grand Pkwy**                                     ☐ Money market
      Street                                                   ☐ Brokerage
                                                               ☐ Other
      **New Caney, TX 77357**                                     _____
      City          State    ZIP Code

18.5  **Bank of America**              XXXX– **7  5  4  7**     ☑ Checking        **2/2024**        **$0.00**
      Name                                                     ☐ Savings
      **11903 Grand Pkwy**                                     ☐ Money market
      Street                                                   ☐ Brokerage
                                                               ☐ Other
      **New Caney, TX 77357**                                     _____
      City          State    ZIP Code

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

Debtor  **Gunter Enterprises, LLC**                                        Case number *(if known)* _____
      Name

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of the building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No |
| _____ Street | _____ | _____ | ☐ Yes |
| _____ | **Address** | _____ | |
| _____ City          State    ZIP Code | _____ | _____ | |
| | _____ | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Ashley Shambro** Name | **19225 Kanawha Drive** | ~~Holding a generator that was to~~ | **$4,000.00** |
| _____ Street | _____ | ~~be relocated~~ | |
| _____ | **Porter, TX 77365** | _____ | |
| _____ City          State    ZIP Code | | _____ | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| City          State     ZIP Code | | From _____  To _____ |

Debtor  **Gunter Enterprises, LLC**                                    Case number *(if known)* _____
        Name

### 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Stander & Company** | From **2018**    To **Present** |
| Name | |
| **315 E. Main Street** | |
| Street | |
| | |
| **Humble, TX 77338** | |
| City                    State                    ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____ To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                    State                    ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ | _____ |
| Name | _____ |
| _____ | _____ |
| Street | |
| _____ | |
| City                    State                    ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                    State                    ZIP Code |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 11

Debtor **Gunter Enterprises, LLC** _____   Case number *(if known)* _____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Matthew Gunter** | **May 2025** | **$293,513.49** |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name

**300 Dunnam**
Street

_____

**Cleveland, TX 77327**
City                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Gunter** | **110 E. Crockett Cleveland, TX 77327** | **Owner/Member, Owner** | **50.00%** |
| **Falon Gunter** | **19225 Kanawha Drive Porter, TX 77365** | **Owner/Member, Owner** | **50.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Falon Gunter** | **$219.64** | **9/11/2024** | **Between June 29, 2021 and December 19, 2024, Falon Gunter routinely made loans to the business totaling $192,055.78.** |
| Name | **$15,000.00** | **12/5/2024** |  |
| **19225 Kanawha Drive** | **$2,000.00** | **12/20/2024** |  |
| Street | **$2,000.00** | **12/21/2024** |  |
| **Porter, TX 77365** | **$2,000.00** | **12/27/2024** |  |
| City            State        ZIP Code | **$4,000.00** | **1/30/2025** |  |
| Relationship to debtor |  |  |  |
| **Member/Owner** | **$1,500.00** | **2/11/2025** |  |

Debtor  **Gunter Enterprises, LLC**          Case number *(if known)* _____
        Name

|  | $1,600.00 | 2/11/2025 |
|  | $1,000.00 | 2/25/2025 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Matthew Gunter** <br> Name <br><br> **300 Dunnam** <br> Street <br><br><br> **Cleveland, TX 77327** <br> City                State        ZIP Code <br><br> Relationship to debtor <br><br> **Member/Owner** | $250.00 <br> $400.00 <br> $750.00 <br> $400.00 <br> $1,000.00 <br> $500.00 <br> $1,000.00 <br> $500.00 <br> $250.00 | 01/03/2025 <br> 1/4/2025 <br> 1/6/2025 <br> 1/12/2025 <br> 1/12/2025 <br> 1/14/2025 <br> 1/17/2025 <br> 1/28/2025 <br> 3/4/2025 | **From June 29, 2022 through February 21, 2025, Matthew Gunter routinely loaned the business money totaling $87,625.10** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN:  _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN:  _ _ – _ _ _ _ _ _ _ |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/09/2025**
              MM/ DD/ YYYY

X **/s/ Matthew R. Gunter**                    Printed name        **Matthew R. Gunter**
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Owner/Member**

Debtor   **Gunter Enterprises, LLC**
Name                                                                    Case number *(if known)*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**    Gunter Enterprises, LLC

Case No. _____

**Debtor**

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    $4,000.00

Prior to the filing of this statement I have received ....................................................................    $4,000.00

Balance Due ...........................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Includes a, b and c only. Does not include adversary proceedings.

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/09/2025** | **/s/ Melissa Rae Lanier** |
| *Date* | Melissa Rae Lanier |
| | *Signature of Attorney* |

Bar Number: 24055818
Law Office of Melissa Rae Lanier PLLC
116 S. Avenue C
Humble, TX 77338
Phone: (281) 446-1000

**Law Office of Melissa Rae Lanier PLLC**
*Name of law firm*

---

Date:   **06/09/2025**                          **/s/ Matthew R. Gunter**

                                                 ***Matthew R. Gunter***

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Gunter Enterprises, LLC**                                         CASE NO

                                                                          CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **06/09/2025**        Signature _____**/s/ Matthew R. Gunter**_____
                                                Matthew R. Gunter, Owner/Member

Ally
PO Box 660109
Dallas, TX 75266

American Express
PO Box 6031
Carol Stream, IL 60197

Anixter, Inc.
3881 Old Winter Garden Rd
32365

Capital One
PO Box 60519
City of Industry, CA 91716

CED
850 Greens Pkwy, Ste. 200
Houston, TX 77067

City Electric
1730 1st St. E. Humble
Humble, TX 77338

Elliot
1550 Wilson Road
Humble, TX 77338

Enrique Regules
15142 Walden Rd
Montgomery, TX 77356

Falon Gunter
19225 Kanawha Drive
Porter, TX 77365


German C
7619 Winkleman Rd
Houston, TX 77083


GMC Financial
PO Box 183593
Arlington, TX 76096


Holly Juneau
23184 Smith Road
Porter, TX 77365


Home Depot
PO Box 9001030
Louisville, KY 40290


Lamb Propane
PO Box 975
Coldspring, TX 77331


Lynne Piascik
1643 CR 2291
Cleveland, TX 77327


Matthew Gunter
300 Dunnam
Cleveland, TX 77327

Matthew Gunter
300 Dunnam
Cleveland, TX 77327


Matthews, Shiels, Knott
Misti L. Beanland
8131 LBJ Frwy #700
Dallas, TX 75251


Mike Cook
67 N. Overlyn Pl
Spring, TX 77381


OnDeck
4700 West Daybreak Pkwy Ste. 200
South Jordan, UT 84009


Peac Solutions
Marlin Leasing Corp
PO Box 13604
Philadelphia, PA 19101


Rene Alvarado
10752 Buck Ridge Rd
Montgomery, TX 77316


Sheffield
PO Box 580229
Charlotte, NC 28258


Stanfield Propane
388 FM 2025
Cleveland, TX 77328

Texas Comptroller
Bankruptcy Division
PO Box 12548
Austin, TX 78711

Wells Fargo
420 Montgomery St.
San Francisco, CA 94104

**Fill in this information to identify the case:**

Debtor name     **Gunter Enterprises, LLC**

United States Bankruptcy Court for the:

    **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/09/2025**      **X** /s/ Matthew R. Gunter
        MM/ DD/ YYYY         Signature of individual signing on behalf of debtor

                          **Matthew R. Gunter**
                          Printed name

                          **Owner/Member**
                          Position or relationship to debtor