IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| GUNTER ENTERPRISES, LLC, | § § | CASE NO. 25-33293 |
| DEBTOR. | § § § | CHAPTER 7 |

### TRUSTEE'S REPORT OF SALE OF PERSONAL PROPERTY

Ronald J. Sommers, Trustee for the above-styled and numbered bankruptcy proceeding ("Trustee"), files this Report of Sale and respectfully represents as follows:

1. On July 24, 2025, Trustee filed Trustee's *Motion to Sell Property at Auction Free and Clear of Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363(f)* [Docket No. 15] requesting authority to sell a 2006 T/A Flatbed Trailer with the VIN 5RVCF18266M001216, a 2019 Spartan Cargo Trailer with the VIN 50XBE1424LA015579, and a 2015 Chevrolet Pickup Truck with the VIN 1GC2KVEGXFZ505098 (the "Property") owned by the bankruptcy estate. On August 18, 2025, the Order authorizing the sale of the Property was entered by the court at Docket No. 26.

2. On August 18, 2025, an Order was entered by the Court authorizing Trustee to employ Tranzon Asset Advisors of Texas, LLC ("Tranzon"), as the auctioneer to sell the Property at public auction ("Employment Order") [Docket No. 25].

3. The total gross proceeds generated from the sales of the Property were $11,228.31. Trustee paid Tranzon a 15% auctioneer commission in the amount of $1,455.00 and reimbursed Tranzon in the amount of $2,059.28 pursuant to the Employment Order. After all closing costs and auctioneer fees were paid, the total net to the estate was $7,640.72.

4.      Attached hereto as <u>Exhibit A</u> is a copy of Tranzon's auction report detailing the highest bids that it received, the auctioneer's commission paid, and the net sales to the estate for the Property.

                                              Respectfully submitted,

                                              By: */s/ Ronald J. Sommers*
                                                   Ronald J. Sommers
                                                   Texas Bar No. 18842500
                                                   rsommers@nathansommers.com
                                                   1400 Post Oak Blvd., Suite 300
                                                   Houston, Texas 77056-5705
                                                   Telephone: (713) 960-0303
                                                   Facsimile:  (713) 892-4800

                                              **CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

      This is to certify that a true copy of the foregoing Trustee's Report of Sale by Auctioneer has been forwarded to the Office of the United States Trustee, 515 Rusk Ave., Suite 3401, Houston, Texas 77002, by electronic service, this 26th day of September 2025.

                                              By: */s/ Ronald J. Sommers*
                                                 Ronald J. Sommers